IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SHANNON RILEY,**<br><br>Plaintiff,<br><br>v.<br><br>**S. ROACH, et al.,**<br><br>Defendants. | Case No. C 10-2088 CW (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants S. Roach and E. Morris moved under Local Rule 6-3 for an extension of time, up to and including June 13, 2011, to file a dispositive motion. The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including June 13, 2011, to file a dispositive motion is GRANTED. Plaintiff's opposition to Defendants' dispositive motion shall be filed with the court and served on Defendants no later than 60 days after Defendants file their dispositive motion. If Defendants wish to file a reply brief, they shall do so no later than 30 days after Plaintiff files his opposition.

Dated: _____5/5/2011_____                    _____/s/ Claudia Wilken_____
                                              The Honorable Claudia Wilken

1